UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

          -against-                                              23-mj-6400

SAQUAN CALLENDER,                                       SCHEDULING ORDER

                              Defendant.

ARUN SUBRAMANIAN, United States District Judge:

          It is hereby ORDERED that the parties appear for a bail appeal hearing with the Court on

**Monday, October 2, 2023,** at **11:00 AM**, in Courtroom 15A of the Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, NY 10007.

          SO ORDERED.

Dated:  September 29, 2023
        New York, New York

                                              _____

                                              ARUN SUBRAMANIAN
                                              United States District Judge