UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | 23-mj-6400 |
| SAQUAN CALLENDER, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

At a hearing on October 2, 2023, the Court ordered the defendant to be detained pending further proceedings. In light of the Court's ruling, the defendant moved for his preliminary hearing to take place on or before October 12, 2023. The Court granted that motion on the record, and now issues this order to memorialize that ruling.

SO ORDERED.

Dated: October 2, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge